772 A.2d 922

IN THE MATTER OF LAWRENCE MAGID,
AN ATTORNEY AT LAW.

June 7, 2001.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 00–124 concluding that **LAWRENCE MAGID** of **PHOENIX, ARIZONA**, and formerly of **WOODBURY**, who was admitted to the bar of this State in 1969, should be reprimanded for violating *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate), and *RPC* 1.16(d) (failure to take reasonably practicable steps to protect client's interests on termination of representation), and good cause appearing;

It is ORDERED that **LAWRENCE MAGID** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.